FILED
2026 Sep-01 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

KENNETH DERRELL BROWN, JR., )
)
Plaintiff, )
)
v. ) Case No. 7:24-cv-01160-ACA-NAD
)
TODD WALKER, Chaplain, )
)
Defendant. )

## MEMORANDUM OPINION

Plaintiff Kenneth Derrell Brown, Jr., filed an amended *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging Defendant Todd Walker denied him meals that complied with his religion, other religious accommodations, and treated him less favorably than Christian inmates. (Doc. 9). The magistrate judge entered a report, recommending that the court grant Chaplain Walker's motion for summary judgment. (Doc. 67). Although the magistrate judge advised the parties of their rights to file objections and the consequences of failing to object (*id*. at 15–16), that time expired without the court receiving any objections.

Mr. Brown's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. With the exception of one typo, the court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendations. On page 10 of the report, the

magistrate judge wrote “May 20” instead of “May 29.” (Doc. 67 at 10). The court **MODIFIES** the report to reflect the correct date of May 29. In all other ways, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Accordingly, the court **WILL GRANT** Chaplain Walker’s motion for summary judgment (doc. 31), and **WILL ENTER SUMMARY JUDGMENT** in his favor and against Mr. Brown.

The court will enter a separate final judgment consistent with this opinion.

**DONE** and **ORDERED** this September 1, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE